IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER, ) | **Old Case No. 1:09cv1780 OWW GSA** |
| ) | **New Case No. 1:09cv1780 OWW SMS** |
| ) | |
| ) | ORDER DISQUALIFYING |
| ) | MAGISTRATE JUDGE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| CLOVIS UNIFIED SCHOOL ) | |
| DISTRICT, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:09cv01780 OWW SMS.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

1

1  IT IS SO ORDERED.

2  Dated:   **November 9, 2009**         /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

2