1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| | |
|---|---|
| JAMES M. LANIER, | ) 1:09-cv-01780-AWI-SMS |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING PLAINTIFF'S |
| | ) APPLICATION TO PROCEED |
| CLOVIS UNIFIED SCHOOL DISTRICT | ) IN FORMA PAUPERIS |
| BOARD OF EDUCATION, et al., | ) |
| Defendants. | ) (Doc. 3) |
| | ) |
| | ) |

17      By a motion filed October 8, 2009, Plaintiff seeks to proceed in forma pauperis.  Plaintiff

18 has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the

19 request to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

20

21 IT IS SO ORDERED.

22 **Dated:    December 2, 2009            _____/s/ Sandra M. Snyder_____**
                                                UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28