# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JAMES M. LANIER, | CASE NO. 1:09-cv-1780-AWI-SKO |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S COMPLAINT** |
| v. | |
| CLOVIS UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

_____/

On April 21, 2010, the Court issued an Order to Show Cause ("OSC") why this action (case no. 1:09-cv-1780-AWI-SKO) should not be dismissed and the case administratively closed. *See* Doc. 10.  The order further provided that if no response to the OSC was filed within 30 days, the case would be dismissed and administratively closed.  Plaintiff James M. Lanier filed no response to the Court's April 21, 2010, OSC.

Accordingly, IT IS HEREBY ORDERED THAT this action is DISMISSED in its entirety, and the Clerk of Court is directed to close case number 1:09-cv-1780-AWI-SKO.

IT IS SO ORDERED.

Dated:   August 24, 2010                    _____

CHIEF UNITED STATES DISTRICT JUDGE